FILED

DEC 03 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18-51-M-DLC |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ALLEN DUANE TURMAN, | |
| Defendant. | |

This matter comes before the Court on the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 34). Defendant Turman appeared before the Court on November 29, 2018, and entered a plea of guilty to count 1 of the Indictment. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Allen Duane Turman's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253(a):

- 16 GB SanDisk thumb drive seized on October 4, 2017;

1

THAT the Department of Homeland Security shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided bylaw;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 3rd day of December, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court