IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 19 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN DUANE TURMAN,<br><br>Defendant. | CR 18–51–M–DLC<br><br>ORDER |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 41). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on December 3, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED that:

1. The Motion for Final Order of Forfeiture (Doc. 41) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party: a 16 GB SanDisk thumb drive seized on October 4, 2017;

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 19th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court